**Order entered November 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01582-CV

## IN RE PROFINITY, LLC AND CHAD D. ERTEL, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03980-A**

## ORDER
Before Justices FitzGerald, Lang, and Evans

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** that relators bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
          JUSTICE